UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEWIS LETANG,

        Plaintiff,

    v.

BAY AREA AIR QUALITY
MANAGEMENT DISTRICT,

        Defendant.

Case No.  24-cv-01316-RFL

**ORDER OF REFERRAL FOR
DISCOVERY PURPOSES**

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge Laurel Beeler.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.

    **IT IS SO ORDERED.**

Dated: July 2, 2026

_____
RITA F. LIN
United States District Judge

1